IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATURAL ALTERNATIVES INTERNATIONAL, INC., and COMPOUND SOLUTIONS, INC., | |
| Plaintiffs, | |
| v. | C. A. No. 11-00788-GMS |
| DNP INTERNATIONAL CO., INC., | |
| Defendant. | **JURY TRIAL DEMANDED** |

### DEFENDANT DNP INTERNATIONAL CO., INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT AND MOTION TO STRIKE PORTIONS OF THE COMPLAINT

Defendant DNP International Co., Inc. ("DNP") respectfully submits these motions pursuant to Federal Rule of Civil Procedure 12(b) to dismiss Plaintiffs' Complaint Count V for failing to state a claim against DNP upon which relief can be granted, and pursuant to Federal Rule of Civil Procedure 12(f) to strike portions of Plaintiffs' Complaint as matter immaterial and impertinent to the controversy asserted in the action.

OF COUNSEL:

Enoch H. Liang
Steven R. Hansen
Edward S. Quon
LEE TRAN & LIANG APLC
601 S. Figueroa Street, Suite 4025
Los Angeles, CA 90017
(213) 612-3737
ehl@ltlcounsel.com
srh@ltlcounsel.com
eq@ltlcounsel.com

Dated: October 6, 2011

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Karen E. Keller*

_____

Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

*Attorneys for Defendant
DNP International Co., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that I caused copies of the foregoing document to be served on October 6, 2011, upon the following via electronic mail:

Richard L. Horowitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Richard J. Oparil
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
roparil@pattonboggs.com

Kevin M. Bell
Scott Chambers
Lacy Kolo
PATTON BOGGS LLP
8484 Westpark Drive, Suite 900
McLean, VA 22102
kbell@pattonboggs.com
schambers@pattonboggs.com
lkolo@pattonboggs.com

Caroline Cook Maxwell
PATTON BOGGS LLP
2000 McKinney Avenue, Suite 1700
Dallas, TX 75201
cmaxwell@pattonboggs.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen E. Keller
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

*Attorneys for Defendant DNP International Co., Inc*