IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATURAL ALTERNATIVES INTERNATIONAL, INC., and COMPOUND SOLUTIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DNP INTERNATIONAL CO., INC., <br><br> Defendant. | C.A. No. 11-00788-GMS |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7, the undersigned counsel hereby notifies the Court that Karen E. Keller, Esquire is withdrawing her appearance on behalf of the Defendant in this action. The Defendant continues to be represented by the undersigned counsel, the law firm of Young Conaway Stargatt & Taylor, LLP and *pro hac vice* counsel.

Dated: November 1, 2011             YOUNG, CONAWAY, STARGATT
               & TAYLOR LLP

               */s/ Adam W. Poff*
               _____
               Adam W. Poff (No. 3990)
               1000 West Street, 17th Floor
               Wilmington, DE  19801
               (302) 571-6600
               *apoff@ycst.com*

               *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I, Adam W. Poff, Esquire, hereby certify that on November 1, 2011, I caused to be electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>Potter Anderson & Corroon LLP
>1313 North Market Street
>P.O. Box 951
>Wilmington, DE 19899-095
>*rhorwitz@potteranderson.com*
>*dmoore@potteranderson.com*

I further certify that on November 1, 2011, I caused a copy of the foregoing document to be served by email on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### **BY EMAIL**

>Richard J. Oparil, Esquire
>PATTON BOGGS LLP
>2550 M Street, N.W.
>Washington, DC  20037
>*roparil@pattonboggs.com*

>Scott A.M. Chambers, Esquire
>Kevin M. Bell, Esquire
>Lacy L. Kolo, Esquire
>PATTON BOGGS LLP
>8484 West Park Drive, Ninth Floor
>McLean, VA  22012
>*schambers@pattonboggs.com*
>*kbell@pattonboggs.com*
>*lkolo@patonboggs.com*

2

Caroline C. Maxwell, Esquire
PATTON BOGGS LLP
2000 McKinney Avenue
Suite 1700
Dallas, TX 75201
*cmaxwell@pattonboggs.com*

      YOUNG CONAWAY STARGATT & TAYLOR, LLP

      */s/ Adam W. Poff*

      Adam W. Poff (No. 3990)
      The Brandywine Building
      1000 West St., 17th Floor
      Wilmington, DE 19801
      (302) 571-6600
      apoff@ycst.com

      *Attorneys for Defendant DNP International Co., Inc.*