IN THE UNITED STATES DISTRICT COUT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATURAL ALTERNATIVES INTERNATIONAL, INC., and COMPOUND SOLUTIONS, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 11-00788-GMS |
| DNP INTERNATIONAL CO., INC., | ) ) | |
| Defendant. | ) ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Karen E. Keller of Shaw Keller LLP hereby enters her

appearance on behalf of DNP International Co., Inc. ("DNP") in this action.  Adam W. Poff of

Young Conaway Stargatt & Taylor, LLP hereby withdraws his appearance on behalf of DNP.


SHAW KELLER LLP

/s/ Karen E. Keller
_____
Karen E. Keller (No. 4489)
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 476-2050
kkeller@shawkeller.com


*Attorneys for Defendant DNP International Co., Inc.*

Dated: January 20, 2012

YOUNG CONAWAY STARGATT
 & TAYLOR LLP

/s/ Adam W. Poff
_____
Adam W. Poff (No. 3990)
1000 West Street
Brandywine Building, 17th Floor
Wilmington, DE  19801
(302) 571-6600
apoff@ycst.com