IN THE UNITED STATES DISTRICT COUT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATURAL ALTERNATIVES INTERNATIONAL, INC., and COMPOUND SOLUTIONS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 11-788-GMS |
| DNP INTERNATIONAL CO., INC., | ) ) | |
| Defendant. | ) ) | |
| DNP INTERNATIONAL CO., INC., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 11-1283-GMS |
| NATURAL ALTERNATIVES INTERNATIONAL, INC., | ) ) ) | |
| Defendants. | ) ) | |

**STIPULATION AND [PROPOSED] ORDER**

Pursuant to Federal Rule of Civil Procedure 42(a), Natural Alternatives International, Inc. and Compound Solutions, Inc. (collectively, "NAII") and DNP International Co., Inc. ("DNP") state the following:

WHEREAS, by oral order at the March 13, 2013 scheduling conference, the Court consolidated for all pre-trial purposes Civil Action Nos. 11-788-GMS (the "11-788 action") and 11-1283-GMS, with the 11-788 action to serve as the lead case;

WHEREAS, on September 8, 2011, NAII filed Civil Action No. 11-788-GMS against DNP;

WHEREAS, on December 22, 2011, DNP filed Civil Action No. 11-1283-GMS against NAII;

WHEREAS, these actions involve parties, claims, and defenses at issue in the 11-788 action;

WHEREAS, the parties do not oppose consolidation for pretrial purposes;

WHEREAS, consolidation of these actions will promote efficiency, conserve resources, avoid duplicative judicial efforts, not prejudice any party, and not delay the trial of either action;

IT IS HEREBY stipulated by the parties, subject to the approval of the Court, that Civil Action No. 11-1283-GMS is consolidated for all pre-trial purposes with Civil Action 11-788. The 11-788 action shall be the lead case, and all filings shall be made only in the 11-788 action.

IN THE UNITED STATES DISTRICT COUT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATURAL ALTERNATIVES INTERNATIONAL, INC., and COMPOUND SOLUTIONS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 11-788-GMS |
| DNP INTERNATIONAL CO., INC., | ) ) | |
| Defendant. | ) ) | |
| DNP INTERNATIONAL CO., INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 11-1283-GMS |
| NATURAL ALTERNATIVES INTERNATIONAL, INC., | ) ) ) ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

      At Wilmington this _____ day of _____, 2013, the Court having considered the parties' stipulation to consolidate these actions;

      IT IS ORDERED that Civil Action Nos. 11-788-GMS (the "11-788 action") and 11-1283-GMS are consolidated for all pre-trial purposes. The 11-788 action shall be the lead case, and all filings shall be made only in the 11-788 action. The case caption shall be as follows:

IN THE UNITED STATES DISTRICT COUT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATURAL ALTERNATIVES INTERNATIONAL, INC., and COMPOUND SOLUTIONS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 11-788-GMS (Consol.) |
| DNP INTERNATIONAL CO., INC., | ) ) | |
| Defendant. | ) | |

_____
United States District Judge

| | |
|---|---|
| */s/ David E. Moore* | */s/ Andrew E. Russell* |
| Richard L. Horwitz (No. 2246) | Karen E. Keller (No. 4489) |
| David E. Moore (No. 3983) | Andrew E. Russell (No. 5382) |
| POTTER ANDERSON & CORROON LLP | SHAW KELLER LLP |
| Hercules Plaza 6th Floor | 300 Delaware Avenue, Suite 1120 |
| 1313 N. Market Street | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 298-0700 |
| (302) 984-6000 | kkeller@shawkeller.com |
| rhorwitz@potteranderson.com | arussell@shawkeller.com |
| dmoore@potteranderson.com | |
| | *Attorneys for Defendant DNP International Co., Inc.* |
| *Attorneys for Plaintiffs Natural Alternatives International, Inc. and Compound Solutions, Inc.* | |

Dated: April 11, 2013