IN THE UNITED STATES DISTRICT COUT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATURAL ALTERNATIVES INTERNATIONAL, INC., and COMPOUND SOLUTIONS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 11-788-GMS |
| DNP INTERNATIONAL CO., INC., | ) ) ) | |
| Defendant. | ) ) | |
| DNP INTERNATIONAL CO., INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 11-1283-GMS |
| NATURAL ALTERNATIVES INTERNATIONAL, INC., | ) ) ) ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

At Wilmington this _15th_ day of _April_, 2013, the Court having considered the parties' stipulation to consolidate these actions;

IT IS ORDERED that Civil Action Nos. 11-788-GMS (the "11-788 action") and 11-1283-GMS are consolidated for all pre-trial purposes. The 11-788 action shall be the lead case, and all filings shall be made only in the 11-788 action. The case caption shall be as follows:

IN THE UNITED STATES DISTRICT COUT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATURAL ALTERNATIVES INTERNATIONAL, INC., and COMPOUND SOLUTIONS, INC., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| DNP INTERNATIONAL CO., INC., | ) ) ) |
| Defendant. | ) |

C.A. No. 11-788-GMS (Consol.)

_____
United States District Judge