**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| NATURAL ALTERNATIVES INTERNATIONAL, INC. and COMPOUND SOLUTIONS, INC., | ) | |
| Plaintiffs, | ) | C.A. No. 11-788-GMS (Consolidated) |
| v. | ) | **JURY TRIAL DEMANDED** |
| DNP INTERNATIONAL CO., INC., | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that true and correct copies of the following documents were caused to be served on May 29, 2013, upon the following attorneys of record as indicated below:

**PLAINTIFFS' FIRST SET OF INTERROGATORIES (1-25) TO DEFENDANT DNP INTERNATIONAL CO., LTD.**

**PLAINTIFFS' FIRST SET OF REQUESTS TO DEFENDANT DNP INTERNATIONAL CO., LTD. FOR THE PRODUCTION OF DOCUMENTS AND THINGS (1-47)**

**VIA ELECTRONIC MAIL**

Karen E. Keller
Andrew E. Russell
Shaw Keller LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
kkeller@shawkeller.com
arussell@shawkeller.com
*Attorneys for DNP International Co., Inc.*

Enoch H. Liang
Steven R. Hansen
Edward S. Quon
Lee Tran & Liang APLC
601 S. Figueroa Street, Suite 4025
Los Angeles, CA 90017
enoch.liang@ltlattorneys.com
steven.hansen@ltlattorneys.com
edward.quon@ltlattorneys.com
*Attorneys for DNP International Co., Inc.*

OF COUNSEL:

Richard J. Oparil
Scott A.M. Chambers, Ph.D.
Kevin M. Bell
Lacy Kolo, Ph.D.
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
Tel: (202) 457-6000

Caroline Cook Maxwell
PATTON BOGGS LLP
2000 McKinney Avenue
Suite 1700
Dallas, TX 75201
Tel: (214) 758-1500

Dated: May 29, 2013
1108635 / 34341

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Plaintiffs Natural Alternatives International, Inc. and Compound Solutions, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on May 29, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on May 29, 2013, the attached document was electronically mailed to the following person(s):

Karen E. Keller
Andrew E. Russell
Shaw Keller LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
kkeller@shawkeller.com
arussell@shawkeller.com
*Attorneys for DNP International Co., Inc.*

Enoch H. Liang
Steven R. Hansen
Edward S. Quon
Lee Tran & Liang APLC
601 S. Figueroa Street, Suite 4025
Los Angeles, CA 90017
enoch.liang@ltlattorneys.com
steven.hansen@ltlattorneys.com
edward.quon@ltlattorneys.com
*Attorneys for DNP International Co., Inc.*

*/s/ David E. Moore*

Richard L. Horwitz
David E. Moore
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

947955/34341