**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| NATURAL ALTERNATIVES INTERNATIONAL, INC. and COMPOUND SOLUTIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DNP INTERNATIONAL CO., LTD., <br><br> Defendant. | ) ) ) ) ) ) ) ) C.A. No. 11-788-GMS ) (Consolidated with C.A. 11-1283-GMS) ) ) ) ) ) ) |

**STIPULATION AND ORDER**

It is hereby stipulated by plaintiffs Natural Alternatives International, Inc. and Compound Solutions, Inc. (collectively "plaintiffs") and defendant DNP International Co., Ltd., collectively "the Parties", subject to the approval of the Court, as follows:

1. In *Natural Alternatives International, Inc. v. Vital Pharmaceuticals, Inc., et al.*, Civil Action No. 09-626-GMS ("VPX Litigation"), on May 31, 2011, this Court issued an Order construing certain claim terms in U.S. Patent Nos. 5,965,596, 6,172,098, and 6,426,361 (collectively "Old Patents"). *See* VPX Litigation Order, D.I. 125 ("Claim Construction Order"), a true and correct copy of which is attached as Ex. 1.

2. The Parties have filed a Joint Claim Construction Chart that sets forth their positions regarding construction of certain claim terms in the Old Patents and U.S. Patent No. 8,067,381 ("the '381 patent") (D.I. 46). The Joint Claim Construction Chart and the intrinsic evidence cited therein are incorporated herein by reference.

2. During the March 13, 2013 scheduling conference, the Court indicated that it was not inclined to re-visit its 2011 Claim Construction Order. For that reason and to conserve the

resources of the Court and the parties, the Parties have agreed that they will not ask the Court to re-construe the following terms in the Old Patents that were construed in the Claim Construction Order:

    a. "beta alanine";

    b. "L-histidine";

    c. "dietary supplement";

    d. "active derivative";

    e. "providing an amount of [beta-alanine or L-histidine] to blood or blood plasma effective to increase beta-alanylhistidine dipeptide synthesis in a human tissue";

    f. "increasing a concentration of insulin in the blood or blood plasma"; and

    g. "unit dosage form."

Plaintiffs believe that the Claim Construction Order as to the terms (a)-(f) above are incorrect and they intend to seek appellate review of any same or similar construction adopted in this case. Defendant notes its objection to the portion of the Claim Construction Order construing the term "unit dosage form" and its intent to seek appellate review of any same or similar construction adopted in this case. In addition, should the term "dietary supplement" ultimately be construed as a limitation, Defendant will seek appellate review of that construction that the claims of the '361 patent are rendered indefinite.

    3. The Parties stipulate to the construction of the term "mixture" as set forth in the Joint Claim Construction Chart.

    4. Plaintiffs note their objection to the portions of the Claim Construction Order construing the terms listed in paragraph 2(a)-(f) above and contend that their proposed constructions in the Joint Claim Construction Chart are correct. Plaintiffs further contend that the

arguments presented in the VPX Litigation support their construction, specifically, the arguments presented to the Court, the joint appendix, and the May 16, 2011 letter to the Court (VPX Litigation D.I. 76, 91, 92, 93, 120), which are incorporated herein by reference. With the exception of the term "unit dosage form" on paragraph 2(g) above, Defendant's position is that the Court correctly construed those terms in the Claim Construction Order. Defendant contends that its proposed construction in the Joint Claim Construction Chart is correct. Defendant further contends that the arguments presented in the VPX Litigation support their construction (*id*. 77-79, 94, 95), which are incorporated herein by reference.

4. Subject to the approval of this Court, all issues regarding the proper construction of the terms in the Old Patents listed in paragraph 2(a)-(g) are preserved for appeal. Nothing contained in this Stipulation and Order should be deemed to be a waiver of any issue regarding the proper construction of those claim terms. This Stipulation and Order is wholly predicated on the Parties' right to obtain appellate review of the Court's construction. The Parties' right to appeal such construction is an essential condition of this Stipulation and Order, and if the Court does not agree that the Parties are fully preserving all of their rights to obtain appellate review, then the Parties do not consent to the entry of this Stipulation and Order and respectfully requests that the Court reject it.

5. As a result of this Stipulation and Order, if entered by the Court, the only terms remaining for construction in this case are the two disputed terms from the '381 patent set forth in the Joint Claim Construction Chart.

Dated:  January 31, 2014

| | |
|---|---|
| */s/ Richard L. Horwitz* | */s/ Karen E. Keller* |
| Richard L. Horwitz (#2246) | Karen E. Keller (No. 4489) |
| David E. Moore (#3983) | Andrew E. Russell (No. 5382) |
| POTTER ANDERSON & CORROON LLP | SHAW KELLER LLP |
| Hercules Plaza, 6th Floor | 300 Delaware Avenue, Suite 1120 |
| 1313 North Market Street | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 298-0700 |
| Tel: (302) 984-6000 | kkeller@shawkeller.com |
| rhorwitz@potteranderson.com | arussell@shawkeller.com |
| dmoore@potteranderson.com | |
| | Enoch H. Liang |
| Scott A.M. Chambers, Ph.D. | Steven R. Hansen |
| Kevin M. Bell | Edward S. Quon |
| Richard J. Oparil | LEE TRAN LIANG LLP |
| PATTON BOGGS LLP | 601 S. Figueroa Street, Suite 3900 |
| 2550 M Street, NW | Los Angeles, CA 90017 |
| Washington, DC 20037 | (213) 612-8900 |
| Tel: (202) 457-6000 | enoch.liang@ltlattorneys.com |
| roparil@pattonboggs.com | steven.hansen@ltlattorneys.com |
| schambers@pattonboggs.com | edward.quon@ltlattorneys.com |
| kbell@pattonboggs.com | |
| lkolo@pattonboggs.com | |
| | *Attorneys for Defendant* |
| Caroline C. Maxwell | *DNP International Co., Inc.* |
| PATTON BOGGS LLP | |
| 2000 McKinney Avenue | |
| Suite 1700 | |
| Dallas, TX 75201 | |
| Tel: (214) 758-1500 | |
| cmaxwell@pattonboggs.com | |

*Attorneys for Plaintiffs*
*Natural Alternatives International, Inc.*
*and Compound Solutions, Inc.*

1138044/34341