IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATURAL ALTERNATIVES INTERNATIONAL, INC., and COMPOUND SOLUTIONS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 11-788-GMS |
| DNP INTERNATIONAL CO., INC., | ) ) | (Consolidated) |
| Defendant. | ) ) | |

**<u>STIPULATED AMENDMENT TO SCHEDULING ORDER</u>**

WHEREAS, on April 4, 2013, the Court entered the Scheduling Order governing the above-captioned case;

WHEREAS, the parties have met and conferred and agreed to limited modifications to the current schedule;

WHEREAS, the limited modifications are needed to allow the parties adequate time to prepare for the *Markman* hearing, currently scheduled for April 14, 2014; to facilitate the completion of the discovery process; and to reduce the likelihood of discovery disputes; and

WHEREAS, the proposed modifications set forth below do not alter any of the other dates set forth in the Court's Scheduling Order.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the deadline for the close of Fact Discovery provided in the Scheduling Order is extended from May 30, 2014 to June 30, 2014.

| | |
|---|---|
| */s/ Richard L. Horwitz* | */s/ Andrew E. Russell* |
| Richard L. Horwitz (No. 2246) | Karen E. Keller (No. 4489) |
| David E. Moore (No. 3983) | Andrew E. Russell (No. 5382) |
| POTTER ANDERSON & CORROON LLP | SHAW KELLER LLP |
| Hercules Plaza 6th Floor | 300 Delaware Avenue, Suite 1120 |
| 1313 N. Market Street | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 298-0700 |
| (302) 984-6000 | kkeller@shawkeller.com |
| rhorwitz@potteranderson.com | arussell@shawkeller.com |
| dmoore@potteranderson.com | *Attorneys for DNP International Co., Inc.* |
| *Attorneys for Plaintiffs Natural Alternatives International, Inc. and Compound Solutions, Inc.* | |

Dated: March 26, 2014

IT IS SO ORDERED this _____ day of _____, 2014.

_____
Chief, United States District Judge