IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |  | |
|---|---|---|---|
| NATURAL ALTERNATIVES INTERNATIONAL, INC., and COMPOUND SOLUTIONS, INC., | ) ) ) ) | | |
| Plaintiffs, | ) ) | | |
| v. | ) ) | C.A. No. 11-788-GMS | |
| DNP INTERNATIONAL CO., INC., | ) ) | **CONSOLIDATED** | |
| Defendant. | ) ) | | |

## STIPULATED AMENDMENT TO SCHEDULING ORDER

WHEREAS, on April 4, 2013, the Court entered the Scheduling Order governing the above-captioned case;

WHEREAS, on April 4, 2014, the Court entered a stipulation extending the date of close of fact discovery from May 30, 2014 to June 30, 2014;

WHEREAS, the parties have met and conferred and agreed to a limited modification to the current schedule;

WHEREAS, the reason for this stipulation is to compromise between the parties, facilitate the completion of the discovery process, and to avoid the need for a discovery dispute; and

WHEREAS, the modification to the schedule agreed to by the parties and set forth below does not alter any of the other dates set forth in the Court's Scheduling Order.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that

the deadline for the close of Fact Discovery provided in the Scheduling Order is extended from June 30, 2014 to July 15, 2014.

| | |
|---|---|
| */s/ David E. Moore* <br> Richard L. Horwitz (No. 2246) <br> David E. Moore (No. 3983) <br> POTTER ANDERSON & CORROON LLP <br> Hercules Plaza 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19899 <br> (302) 984-6000 <br> rhorwitz@potteranderson.com <br> dmoore@potteranderson.com <br> *Attorneys for Plaintiffs Natural Alternatives International, Inc. and Compound Solutions, Inc.* | */s/ Karen E. Keller* <br> Karen E. Keller (No. 4489) <br> Andrew E. Russell (No. 5382) <br> SHAW KELLER LLP <br> 300 Delaware Avenue, Suite 1120 <br> Wilmington, DE 19801 <br> (302) 298-0700 <br> kkeller@shawkeller.com <br> arussell@shawkeller.com <br> *Attorneys for DNP International Co., Inc.* |

Dated: June 6, 2014

       IT IS SO ORDERED this _____ day of _____, 2014.

                                        _____
                                        CHIEF, UNITED STATES DISTRICT JUDGE