IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATURAL ALTERNATIVES INTERNATIONAL, INC. and COMPOUND SOLUTIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DNP INTERNATIONAL CO., LTD., <br><br> Defendant. | C.A. No. 11-788-GMS <br> (Consolidated with C.A. 11-1283-GMS) |

## STIPULATION AND ORDER

Plaintiffs Natural Alternatives International, Inc. ("NAI") and Compound Solutions, Inc. (collectively "plaintiffs") and defendant DNP International Co., Ltd. ("DNP"), collectively "the parties", hereby stipulate, subject to the approval of the Court, as follows:

1. The parties have reached an agreement in principle to resolve this dispute and are working toward finalizing the written terms of a definitive settlement agreement. The parties believe that the settlement will be finalized on or before July 25, 2014. They believe that staying this case would serve the interests of judicial economy.

2. This action shall be and hereby is stayed until July 25, 2014, in order to allow the parties the opportunity to settle and resolve this case.

3. The parties will report to the Court upon a final agreement being reached.

4. If the parties do not reach a settlement, the stay shall expire without any further action by the parties or the Court on July 25, 2014 and the parties shall file a Joint Status Report by July 28, 2014.

- 2 -

Dated: July 15, 2014

Respectfully submitted,

/s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Kevin M. Bell
Richard J. Oparil
Scott A.M. Chambers, Ph.D.
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC 20037
Tel: (202) 457-6000
richard.oparil@squirepb.com
kevin.bell@squirepb.com
scott.chambers@squirepb.com
lacy.kolo@squirepb.com

Caroline C. Maxwell
SQUIRE PATTON BOGGS (US) LLP
2000 McKinney Avenue
Suite 1700
Dallas, TX 75201
Tel: (214) 758-1500
caroline.maxwell@squirepb.com

*Attorneys for Plaintiffs*
*Natural Alternatives International, Inc.*
*and Compound Solutions, Inc.*

/s/ Karen E. Keller
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawkeller.com

Enoch H. Liang
Steven R. Hansen
Edward S. Quon
LEE TRAN LIANG LLP
601 S. Figueroa Street, Suite 3900
Los Angeles, CA 90017
(213) 612-8900
enoch.liang@ltlattorneys.com
steven.hansen@ltlattorneys.com
edward.quon@ltlattorneys.com

*Attorneys for Defendant*
*DNP International Co., Inc.*

    SO ORDERED, this ____ day of _____, 2014.

` 
                                                                         United States District Judge

1159383/34341